Filed 12/30/14  P. v. Watson CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for
publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication
or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>DAVID ARTHER WATSON,<br><br>    Defendant and Appellant. | D066032<br><br><br>(Super. Ct. Nos. SCD247656,<br> SCD246913, SCD240679) |

APPEAL from a judgment of the Superior Court of San Diego County, Eugenia

Eyherabide, Judge.  Affirmed.

Steven J. Carroll, under appointment by the Court of Appeal, for Defendant and

Appellant.

No appearance by Plaintiff and Respondent.

This appeal follows a jury conviction in San Diego Superior Court case No.

SCD247656 and guilty pleas in case Nos. SCD249913 and SCS240679.  In case No.

SCS240679 David Arthur Watson entered a guilty plea to one count of transporting

marijuana into the United States (Health & Saf. Code, § 11360, subd. (a)).

In case No. SCD246913 Watson entered a guilty plea to use of force against a spouse causing injury (Pen. Code,[1] § 273.5, subd. (a)).

In case No. SCD247656 a jury convicted Watson and two others of assault with a deadly weapon causing great bodily injury (§§ 245, subd. (a); 12022.7, subd. (a)). The court found an on-bail enhancement to be true (§ 12022.1, subd. (b)).

Watson was sentenced on all of the cases to a seven-year prison term. Watson filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*), indicating he has not been able to identify any reasonably arguable issues for reversal on appeal. Counsel asks this court to review the record for error as mandated by *Wende*. Although counsel has cited *Anders v. California* (1967) 386 U.S. 738 (*Anders*), which requires appellate counsel to identify any possible, but not arguable issues for the court's review, he has not identified any possible appellate issues.

Appellate counsel has not complied with the mandate of *Anders, supra,* 386 U.S. 738 and has not assisted this court in its search of the record for possible error. However, notwithstanding noncompliance with *Anders*, we have reviewed the entire record.

We offered Watson the opportunity to file his own brief on appeal but he has not responded.

---

1       All further statutory references are to the Penal Code unless otherwise specified.

STATEMENT OF FACTS

## A. Case No. SCD247656

On April 10, 2013, Watson and others were playing cards on the sidewalk under the Interstate 5 overpass at Pacific Highway and Rosecrans. The group of five or six people and their shopping carts were blocking the sidewalk. The victim approached the group riding his bicycle. He asked the group to move and they refused. That led to a confrontation.

During the ensuing fight, Watson stabbed the victim multiple times. The victim was hospitalized for seven days and lost 500 milliliters of blood from his wounds.

## B. Case No. SCD246913

Watson pled guilty on March 29, 2013, to one count of domestic violence. He admitted choking his wife, who he had found with a boyfriend. Watson choked his wife until she lost consciousness.

## C. Case No. SCS240679

On August 4, 2010, Watson pled guilty to transporting marijuana for sale. Watson was apprehended at the United States border at San Ysidro with 2.42 pounds of marijuana in his possession.

DISCUSSION

As we have indicated above, appellate counsel has filed a brief pursuant to *Wende, supra,* 25 Cal.3d 436, indicating he has not been able to identify any reasonably arguable issues for reversal on appeal. We have reviewed the record pursuant to the mandate of

*Wende*.  Our review of the record has not identified any reasonably arguable issues for reversal on appeal.  Competent counsel has represented Watson on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

McDONALD, J.

IRION, J.